UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 1:18-cv-00292-RJJ |
| v. | ) |
| JOHN DOE subscriber assigned IP address 108.71.226.62, | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Amended Complaint the ("Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until July 20, 2018, to effectuate service of a summons and Amended Complaint upon John Doe Defendant.

SO ORDERED this 14th day of June, 2018.

By: /s/ Robert J. Jonker
**UNITED STATES DISTRICT JUDGE**